# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI, an individual, | Case No.: 8:21-cv-01596-JLS-DFM |
| Plaintiff, | |
| v. | |
| 1661 FIRST STREET, INC., a California corporation; and Does 1-10, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the Joint Stipulation for Dismissal with Prejudice of All Defendants (Doc. 29), and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Amber Machowski's action against Defendant 1661 First Street, Inc. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

DATED: April 11, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE